# Court of Appeals
# of the State of Georgia

ATLANTA, _September 21, 2023_

*The Court of Appeals hereby passes the following order:*

## A24D0058.  J.B. GILLIS, JR. v. THE STATE.

Proceeding pro se, J. B. Gillis, Jr., seeks discretionary review of the trial court's order revoking his probation. However, Gillis has failed to include with his application materials a copy of the revocation order. Instead, he has included a warrant for his arrest issued on January 24, 2023.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d); accord Court of Appeals Rule 31 (a). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Moreover, an application for discretionary review must include a stamped "filed" copy of the order from which the appeal is sought. Court of Appeals Rule 31 (c).

Gillis's application, filed on August 30, 2023, is not timely to his January arrest warrant, and we are unable to ascertain if Gillis's application was filed within 30 days of the revocation order. For these reasons, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_ 09/21/2023 _

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.